☑ FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 23 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. **CR-21-00977-PHX-GMS** |
| Plaintiff, | ORDER TO SEAL INDICTMENT AND SUMMONS |
| vs. | |
| 1. Willie Mitchell<br>   a.k.a. Blu Mitchell, | (Filed Under Seal) |
| 2. Toni Richardson, | |
| Defendants. | |

Based upon the United States of America's Motion to Seal pursuant to Fed.R.Crim.P. 6(e)(4), and good cause appearing;

IT IS ORDERED that the Indictment filed in this matter, the Motion to Seal and this order be filed under seal.

IT IS HEREBY ORDERED that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.

DATED this  23  day of  November , 2021.

*[signature]*

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge

CC: None