**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** John Z. Boyle | **Date:** December 2, 2021 |
| **USA v. Toni Richardson** | **Case Number:** CR-21-00977-002-PHX-GMS |

**Assistant U.S. Attorney:** Peter Sexton
**Attorney for Defendant:** Mark Rumold on behalf of Ana Botello, AFPD
**Interpreter:** N/A
**Defendant:** ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody (telephonically)

**INITIAL APPEARANCE AND ARRAIGNMENT**
MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Initial Appearance and Arraignment as to Toni Richardson held on 12/2/2021. The Government moves to unseal this matter. SO ORDERED. NO FINANCIAL AFFIDAVIT TAKEN. Counsel is directed to submit a financial affidavit within two weeks. Attorney Ana Botello (AFPD) is appointed for Defendant. Defendant enters plea of NOT guilty to all pending counts. Defendant states true name to be Toni Louise Richardson. Further proceedings shall reflect Defendant's true name. The Government is not seeking detention. Defendant ordered released on own recognizance with conditions. Conditions of release reviewed on the record with Defendant.

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

Pretrial Motions due within 21 days. Jury Trial set for 2/1/2022 at 9:00 AM in Courtroom 602, 401 West Washington Street, Phoenix, AZ 85003 before Chief Judge Snow.

**Recorded By** Courtsmart
**Deputy Clerk** Sara Quinones

**Start:** 1:35 PM
**Stop:** 1:43 PM
**IA:** 1
**ARR:** 1
**DH:** 6