GARY M. RESTAINO
United States Attorney
District of Arizona

JAMES R. KNAPP
Arizona State Bar Number 021166
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: james.knapp2@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Willie Mitchell Jr. a.k.a. Blu Mitchell, a.k.a. Willie Mitchell, et al,<br><br>Defendants. | CR 21-00977-PHX-GMS<br><br>**MOTION FOR ORDER OF FORFEITURE** |

Plaintiff United States of America moves for a preliminary order of forfeiture. A proposed order is submitted with this motion.

On May 27, 2022, defendant Willie Mitchell Jr. a.k.a. Blu Mitchell, a.k.a. Willie Mitchell, pled guilty to Count 2 of the Indictment charging defendant with a violation of 18 U.S.C. § 1344, Bank Fraud, a Class B felony offense. The defendant admitted to the forfeiture allegation contained in the Indictment and Bill of Particulars and agreed to forfeit to the United States any and all right, title, and interest in any and all property, real or personal, involved in such offense, or any property traceable to such property involved in the offense, or conspiracy to commit such offense, including the following:

1. $850,256.18 in United States currency;

2. $8,721.50 in United States currency;

3. $739,533.76 in United States currency seized from Comerica Bank account #3429 held in the name of Sigma Cuts School of Beauty;

4. $172,990.17 in funds from Account Number xxxxxxx2039 held in the name of Sean Swaringer at US Bank, Phoenix, Arizona;

5. $15,024.21 in funds from Account Number xxxxxxx4099 held in the name of Sean Swaringer DBA My 3 Daughters Consulting, LLC at US Bank, Phoenix, Arizona;

6. **20147 East San Tan Boulevard, Queen Creek, Arizona 85142,** titled in the name of Sigma College University Trade Schools, an Arizona non-profit Corporation, more specifically described as:

> That part of the Northeast quarter of the Northwest quarter of the Southwest quarter of Section 33, Township 2 South, Range 7 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
>
> Commencing at the Northeast corner of the Northeast quarter of the Northwest quarter of the Southwest quarter of Section 33,
>
> Thence South 00 degrees 02 minutes 29 seconds West along the East line of said Northeast quarter of the Northwest quarter of the Southwest quarter of Section 33, a distance of 40.00 feet to a point on the Southerly right-of-way line of San Tan Boulevard as described in Docket 7281, Page 9, said point also being the POINT OF BEGINNING;
>
> Thence continuing South 00 degrees 02 minutes 29 seconds West along said East line of the Northeast quarter of the Northwest quarter of the Southwest quarter of Section 33, a distance of 233.74 feet;
>
> Thence South 89 degrees 37 minutes 51 seconds West, a distance of 242.26 feet;
>
> Thence North 00 degrees 04 minutes 18 seconds East, 233.74 feet to a point on the Southerly right-of-way line of San Tan Boulevard;
>
> Thence North 89 degrees 37 minutes 51 seconds East along said Southerly right-of-way line, a distance of 242.14 feet to the POINT OF BEGINNING.

7. **6012 A Street, Tacoma, Washington 98408,** titled in the name of Willie Mitchell Jr., a single man and Sigma College University Trade Schools, more specifically described as:

> Lot (s) 7, Block B, Stewart Heights 2nd Addition, according to the plat thereof recorded in Volume 13 of Plats, Page (s) 43, records of Pierce County, Washington.

8. **320 East Hatcher Road, Phoenix, Arizona 85020,** titled in the name of Sigma College University Trade Schools, an Arizona non-profit corporation, more

specifically described as:

> The West Half of Lot Six (6), Block "H" Tengen Place Addition, according to the Plat of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 25 of Maps, page 48

9. **324 East Hatcher Road, Phoenix, Arizona 85020,** titled in the name of Sigma College University Trade Schools, an Arizona non-profit corporation, more specifically described as:

> The East Half of Lot Six (6), Block "H" Tengen Place Addition, according to the Plat of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 25 of Maps, page 48

10. **328 East Hatcher Road, Phoenix, Arizona 85020**, titled in the name of Sigma College University Trade Schools, an Arizona non-profit corporation, more specifically described as:

> The West 60 feet of the following described property: That part of the Northeast quarter of the Southeast quarter of Section Twenty-nine (29), Township Three (3) North, Range Three (3) East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona,
> described as follows:
>
> Beginning at a point 30 feet North and 206 feet West of the Southeast corner of the Southwest quarter of the Northeast quarter of the Southeast quarter of Section 29, Township 3 North, Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;
> thence North 135.31 feet;
> thence West 124.09 feet;
> thence South 135.21 feet;
> thence East 124.28 feet to a point of beginning.

11. **330 East Hatcher Road, Phoenix, Arizona 85020**, titled in the name of Sigma College University Trade Schools, an Arizona non-profit corporation, more specifically described as:

> The East 50 feet of the West 130 feet of that part of the Northeast quarter of the Southeast quarter of Section Twenty-nine (29), Township Three (3) North,

3

> Range Three (3) East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
>
> Beginning at a point 30 feet North and 206 feet West of the Southeast corn r of the Southwest quarter of the Northeast quarter of the Southeast quarter of Section 29, Township 3 North, Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;
>
> thence North 138.31 feet;
> thence West 124.00 feet;
> thence South 138.31 feet;
> thence East 124.28 feet to the point of beginning.

12. **334 East Hatcher Road, Phoenix, Arizona 85020,** titled in the name of Sigma College University Trade Schools, an Arizona non-profit corporation, more specifically described as:

> That part of the Northeast quarter of the Southeast quarter of Section 29, Township 3 North, Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
>
> BEGINNING at a point 30 feet North of a point 130 feet West of the Southeast quarter of the Southwest quarter of the Northeast quarter of the Southeast quarter of Section 29, running thence North 135.31 feet; thence West 75 feet; thence South 135.31 feet; thence East 75 feet to the Point of Beginning.

13. **334 East Hatcher Road, Phoenix, Arizona 85020,** titled in the name of Sigma College University Trade Schools, an Arizona non-profit corporation, more specifically described as:

> That part of the Northeast quarter of the Southeast quarter of Section 29, Township 3 North, Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
>
> BEGINNING at a point 30 feet North and 205 feet West of the Southeast quarter of the Southwest quarter of the Northeast quarter of the Southeast quarter of Section 29; running thence North 135.31 feet; thence West a distance of 14 feet, more or less, to a point, and said point being the Northeast corner of the property conveyed to DEWEY KEARNEY, et ux, in Deed recorded in Docket 1611, Page 82; thence South along the East line of the said KEARNEY property a distance of 135.31 feet to a point said point being the Southeast corner of the aforesaid KEARNEY property; thence East a distance of 14 feet, more or less, to the Point of Beginning.

(the "Subject Property").

Based upon the evidence set forth in the plea agreement, the United States has established the requisite nexus between the Subject Property and the offense for which the defendant has pled guilty, and that the defendant has an interest in such property. Accordingly, that property is subject to forfeiture to the United States pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. §§ 924(d), 981, 982 and 2253, 21 U.S.C. §§ 853 and 881, and/or 28 U.S.C. § 2461(c).

Rule 32.2(b) of the Federal Rules of Criminal Procedure provides that:

(1)(A) As soon as practicable after a verdict or finding of guilty, or after a plea of guilty or *nolo contendere* is accepted, on any count in an indictment or information regarding which criminal forfeiture is sought, the court must determine what property is subject to forfeiture under the applicable statute. If the government seeks forfeiture of specific property, the court must determine whether the government has established the requisite nexus between the property and the offense. If the government seeks a personal money judgment, the court must determine the amount of money that the defendant will be ordered to pay. The court's determination may be based on evidence already in the record, including any written plea agreement or, if the forfeiture is contested, on evidence or information presented by the parties at a hearing after the verdict or finding of guilt.

\*\*\*

(2)(A) If the court finds that property is subject to forfeiture, it must promptly enter a preliminary order of forfeiture setting forth the amount of any money judgment or directing the forfeiture of specific property without regard to any third party's interest in all or part of it. Determining whether a third party has such an interest must be deferred until any third party files a claim in an ancillary proceeding under Rule 32.2(c).

\*\*\*

(3) The entry of a preliminary order of forfeiture authorizes the Attorney General (or a designee) to seize the specific property subject to forfeiture; to conduct any discovery the court considers proper in identifying, locating, or disposing of the property; and to commence proceedings that comply with any statutes governing third-party rights. At sentencing - or at any time before sentencing if the defendant consents - the order of forfeiture becomes final as to the defendant and must be made part of the sentence and be included in the judgment. The court may include in the order of forfeiture conditions reasonably necessary to preserve the property's value pending any appeal.

Upon the issuance of a preliminary order of forfeiture, the United States will publish notice regarding the Subject Property on the Government's official internet website www.forfeiture.gov, and will send direct notice to any person, other than the defendant(s), having or claiming a legal interest in the property, advising such person of his or her right to file a petition contesting the forfeiture in according with 21 U.S.C. § 853(n) and Rule 32.2(c).  This notice will state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, and serve a copy upon **James R. Knapp**, Assistant United States Attorney.  The United States may also, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the Subject Property.

In accordance with 28 U.S.C. § 2461 and Fed. R. Crim. P. 32.2(b)(3), the United States requests that it be permitted to undertake whatever discovery is necessary to identify, locate or dispose of property subject to forfeiture, or substitute assets for such property.

WHEREFORE, the United States respectfully requests that this Court enter a preliminary order of forfeiture forfeiting to the United States the Subject Property.

DATED this 31st day of May, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

 S/ James R. Knapp
JAMES R. KNAPP
Assistant United States Attorney

**CERTIFICATION**

I certify that on May 31, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: counsel of record.

By: *S/Ray Southwick*