| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Willie Mitchell Jr. a.k.a. Blu Mitchell,<br>a.k.a. Willie Mitchell, et al,<br><br>  Defendants. | CR 21-00977-PHX-GMS<br><br>**ORDER OF FORFEITURE** |

As a result of defendant's guilty plea to Count 2 of the Indictment, defendant Willie Mitchell Jr. a.k.a. Blu Mitchell, a.k.a. Willie Mitchell, was charged with a violation of 18 U.S.C. § 1344, Bank Fraud, a Class B felony offense.

Defendant admitted to the forfeiture allegation contained in the Indictment and Bill of Particulars, and agreed to forfeit to the United States:

1. $850,256.18 in United States currency;
2. $8,721.50 in United States currency;
3. $739,533.76 in United States currency seized from Comerica Bank account #3429 held in the name of Sigma Cuts School of Beauty;
4. $172,990.17 in funds from Account Number xxxxxxxx2039 held in the name of Sean Swaringer at US Bank, Phoenix, Arizona;
5. $15,024.21 in funds from Account Number xxxxxxxx4099 held in the name of Sean Swaringer DBA My 3 Daughters Consulting, LLC at US Bank, Phoenix, Arizona;
6. **20147 East San Tan Boulevard, Queen Creek, Arizona 85142,** titled in the name of Sigma College University Trade Schools, an Arizona non-profit Corporation, more specifically described as:

> That part of the Northeast quarter of the Northwest quarter of the Southwest quarter of Section 33, Township 2 South, Range 7 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
>
> Commencing at the Northeast corner of the Northeast quarter of the Northwest quarter of the Southwest quarter of Section 33,
>
> Thence South 00 degrees 02 minutes 29 seconds West along the East line of said Northeast quarter of the Northwest quarter of the Southwest quarter of Section 33, a distance of 40.00 feet to a point on the Southerly right-of-way line of San Tan Boulevard as described in Docket 7281, Page 9, said point also being the POINT OF BEGINNING;
>
> Thence continuing South 00 degrees 02 minutes 29 seconds West along said East line of the Northeast quarter of the Northwest quarter of the Southwest quarter of Section 33, a distance of 233.74 feet;
>
> Thence South 89 degrees 37 minutes 51 seconds West, a distance of 242.26 feet;
>
> Thence North 00 degrees 04 minutes 18 seconds East, 233.74 feet to a point on the Southerly right-of-way line of San Tan Boulevard;
>
> Thence North 89 degrees 37 minutes 51 seconds East along said Southerly right-of-way line, a distance of 242.14 feet to the POINT OF BEGINNING.

7. **6012 A Street, Tacoma, Washington 98408,** titled in the name of Willie Mitchell Jr., a single man and Sigma College University Trade Schools, more specifically described as:

> Lot (s) 7, Block B, Stewart Heights 2nd Addition, according to the plat thereof recorded in Volume 13 of Plats, Page (s) 43, records of Pierce County, Washington.

8. **320 East Hatcher Road, Phoenix, Arizona 85020,** titled in the name of Sigma College University Trade Schools, an Arizona non-profit corporation, more specifically described as:

> The West Half of Lot Six (6), Block "H" Tengen Place Addition, according to the Plat of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 25 of Maps, page 48

9. **324 East Hatcher Road, Phoenix, Arizona 85020,** titled in the name of Sigma College University Trade Schools, an Arizona non-profit corporation, more specifically described as:

       The East Half of Lot Six (6), Block "H" Tengen Place Addition, according to the Plat of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 25 of Maps, page 48

10. **328 East Hatcher Road, Phoenix, Arizona 85020**, titled in the name of Sigma College University Trade Schools, an Arizona non-profit corporation, more specifically described as:

       The West 60 feet of the following described property: That part of the Northeast quarter of the Southeast quarter of Section Twenty-nine (29), Township Three (3) North, Range Three (3) East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona,
described as follows:

       Beginning at a point 30 feet North and 206 feet West of the Southeast corner of the Southwest quarter of the Northeast quarter of the Southeast quarter of Section 29, Township 3 North, Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;
thence North 135.31 feet;
thence West 124.09 feet;
thence South 135.21 feet;
thence East 124.28 feet to a point of beginning.

11. **330 East Hatcher Road, Phoenix, Arizona 85020**, titled in the name of Sigma College University Trade Schools, an Arizona non-profit corporation, more specifically described as:

       The East 50 feet of the West 130 feet of that part of the Northeast quarter of the Southeast quarter of Section Twenty-nine (29), Township Three (3) North, Range Three (3) East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:

       Beginning at a point 30 feet North and 206 feet West of the Southeast corn r of the Southwest quarter of the Northeast quarter of the Southeast quarter of Section 29, Township 3 North, Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

thence North 138.31 feet;
thence West 124.00 feet;
thence South 138.31 feet;
thence East 124.28 feet to the point of beginning.

12. **334 East Hatcher Road, Phoenix, Arizona 85020,** titled in the name of Sigma College University Trade Schools, an Arizona non-profit corporation, more specifically described as:

> That part of the Northeast quarter of the Southeast quarter of Section 29, Township 3 North, Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
>
> BEGINNING at a point 30 feet North of a point 130 feet West of the Southeast quarter of the Southwest quarter of the Northeast quarter of the Southeast quarter of Section 29, running thence North 135.31 feet; thence West 75 feet; thence South 135.31 feet; thence East 75 feet to the Point of Beginning.

13. **334 East Hatcher Road, Phoenix, Arizona 85020,** titled in the name of Sigma College University Trade Schools, an Arizona non-profit corporation, more specifically described as:

> That part of the Northeast quarter of the Southeast quarter of Section 29, Township 3 North, Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
>
> BEGINNING at a point 30 feet North and 205 feet West of the Southeast quarter of the Southwest quarter of the Northeast quarter of the Southeast quarter of Section 29; running thence North 135.31 feet; thence West a distance of 14 feet, more or less, to a point, and said point being the Northeast corner of the property conveyed to DEWEY KEARNEY, et ux, in Deed recorded in Docket 1611, Page 82; thence South along the East line of the said KEARNEY property a distance of 135.31 feet to a point said point being the Southeast corner of the aforesaid KEARNEY property; thence East a distance of 14 feet, more or less, to the Point of Beginning.

(the "Subject Property").

The Court has determined that the Subject Property is subject to forfeiture pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. §§ 924(d), 981, 982 and 2253, 21 U.S.C. §§ 853 and 881, and/or 28 U.S.C. § 2461(c). The Government has established the requisite nexus between the Subject Property and the offense(s) to which the defendant pled guilty. The Court finds that the defendant has forfeited all right, title and interest defendant may have in the Subject Property.

Upon the entry of this Order, the United States is authorized to seize the Subject Property and to conduct any discovery to identify, locate or dispose property that is subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

Any person asserting a legal interest in the Subject Property must, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of any alleged interest in the property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n).

Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the defendant's sentencing and shall be included in the sentence and judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, and any additional facts supporting the petitioner's claim and the relief sought, and serve a copy upon JAMES R. KNAPP, Assistant United States Attorney.

After the disposition of any motion filed pursuant to Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

1 | The United States shall have clear title to the Subject Property following the
2 | Court's disposition of all third-party interests, or, if none, following the expiration of the
3 | period provided in 21 U.S.C. § 853(n)(2), for the filing of third party petitions.
4 | The Court shall retain jurisdiction to enforce this Order, and to amend it as
5 | necessary, pursuant to Fed. R. Crim. P. 32.2(e).