**LOYD C. TATE**
**ATTORNEY AT LAW**
1921 S. ALMA SCHOOL ROAD
STE. 112
MESA, ARIZONA  85210
Bar No.  014276
(480) 345-1400
loydtatelaw@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>  v.<br><br><br>Toni Louise Richardson,<br><br>                     Defendant. | **CR-21-00977-001-PHX-GMS-2**<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

Defendant by and through undersigned counsel, requests the Court to sentence the Defendant to 12 months and one day imprisonment.

**Pertinent Facts**

The Defendant agrees with the facts as set forth in the Presentence Investigation Report (PSR ¶ 5-18).

On May 27, 2022, the Defendant pursuant to a plea agreement pled guilty to one Count of Conspiracy to Commit Bank Fraud.

The Defendant agrees to the sentencing computation as calculated by the presentence writer. PSR ¶ 24-33.

**Argument**

Ms. Richardson has taken responsibility for her actions in this matter in pleading guilty.  When she signed a PPP application requesting funds for 85 employees, she knew that was inaccurate. However, she had been convinced by Willie Mitchell their financial endeavor would be successful in helping veterans in the community.  Willie Mitchell was a harvester of people and used them for his criminal purposes. Mitchell could feel Richardson's strong desire to become a successful Black businesswoman.  He capitalized on her enthusiasm and her lack of business savvy. He is a harvester of people. Mitchell completed the application and Richardson signed it.  Richardson opened the bank account Mitchell joined on the account.  Every effort made in securing the loans Mitchell always had others sign documents, open accounts, commit the transactions. He always knew how to remain in the background while he led others astray.  Richardson honestly believed she was benefiting the community. Mitchell completely duped and used her.  Should she have known better and been wiser. Yes definitely!

Richardson is a Navy veteran and a former police officer.  To her credit she did not use her position as a police officer to secure these funds.  The home she purchased was to be used as a group home to help veterans. The letters of character describe her as a "passionately caring person, dedicated, always willing to help others." Obviously, having worked in law enforcement she was a law-abiding productive member of the community

until this incident. She is also described as a loving friend and a person of integrity by her brother. A sentence of 12 months and one day adequately punishes her and does not undermine the sentencing purposes of 18 U.S.C. 3553(a)

Respectfully submitted this 13th day of September 2022.

By: /s/Loyd C. Tate
Loyd C. Tate
Attorney for Defendant

    I hereby certify on September 13, 2022, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable G. Murray Snow
United States District Court

Peter Sexton
LeighAnn Thomas
Lindsey Lee Short
James Richard Knapp
Assistant U.S. Attorneys