GARY M. RESTAINO
United States Attorney
District of Arizona
VINCENT M. CRETA
Assistant U.S. Attorney
Arizona State Bar No. 019044
Financial Litigation Program
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Vincent.Creta@usdoj.gov
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Toni Louise Richardson,<br><br>    Defendant,<br><br>JPMorgan Chase Bank, NA,<br><br>    Garnishee. | CR 21-00977-002-PHX-GMS<br><br>WRIT OF CONTINUING GARNISHMENT |

GREETINGS TO: JPMorgan Chase Bank, NA
         SA: CT Corporation System
         3800 N. Central Avenue #460
         Phoenix, AZ 85012

  An application for a Writ of Garnishment against the property of Toni Louise Richardson, Defendant, whose last known address is in Phoenix, Arizona, has been filed with this Court. A Judgment has been entered against the above-named Defendant in the amount of $1,014,600.00 consisting of principal, costs and accruing interest. There is a balance due of $1,014,325.00 through February 15, 2023.

  You are required by law to Answer in writing, under oath, within ten days, whether or not you have in your possession any non-exempt property of the Defendant.

You must file the original written Answer to this Writ within ten days of your receipt of this Writ with the United States District Clerk at: 401 West Washington Street, Suite 130, SPC 1, Phoenix, Arizona 85003-2118.  Additionally, you are required by law to serve a copy of your answer upon the Debtor at: Phoenix, Arizona, 85086-7008, and upon the United States Attorney at Financial Litigation Program, 405 West Congress Street, Suite 4900, Tucson, Arizona 85701-5041.

You shall withhold and retain any property in which the Debtor has a nonexempt interest and for which you are or may become indebted to the Debtor.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an Order requiring you to appear before the Court.  If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the Debtor's non-exempt property.  It is unlawful to pay or deliver to Defendant any item attached by this Writ.

DATED: _____ .

DEBRA D. LUCAS
Clerk, U.S. District Court
District of Arizona

By: *Kathlyn James*
Deputy Clerk

ISSUED ON  10:31 am, Feb 22, 2023
s/ Debra D. Lucas, Clerk