GARY M. RESTAINO
United States Attorney
District of Arizona
VINCENT M. CRETA
Assistant U.S. Attorney
Arizona State Bar No. 019044
Financial Litigation Program
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Vincent.Creta@usdoj.gov
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 21-00977-002-PHX-GMS |
|---|---|
| Plaintiff, | |
| v. | CLERK'S NOTICE OF POST JUDGMENT GARNISHMENT |
| Toni Louise Richardson, | |
| Defendant, | |
| JPMorgan Chase Bank, NA, | |
| Garnishee. | |

You are hereby notified that your property may be taken by the United States of America, which has a Judgment, in CR-21-00977-002-PHX-GMS, District of Arizona, in the sum of $1,014,600.00. A balance of $1,014,325.00 remains outstanding on this Judgment.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply. Attached is a summary of the major exemptions which apply in most situations in the State of Arizona.

You have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it claims you do, or if you think the property the Government is taking qualifies under one of the exemptions.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing. You must either mail it or deliver it in person to the Clerk of the United States District Court at 401 West Washington Street, Suite 130, SPC 1, Phoenix, Arizona 85003-2118. You must also send a copy

of your request to the United States Attorney, Financial Litigation Program at 405 West Congress Street, Suite 4900, Tucson, Arizona 85701-5041, so the Government will know you want a hearing.

The hearing will take place within 10 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you think you do not owe the money to the Government.  If you do not request a hearing within 20 days of receiving this notice, your property may be sold at public auction and the proceeds of the sale will be applied to the debt you owe the Government; or if monies, said funds will be applied to the debt you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property/earnings be transferred by the court to the Federal judicial district in which you reside.  You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at 401 West Washington Street, Suite 130, SPC 1, Phoenix, Arizona 85003-2118.  You must also send a copy of your request to the Government at U.S. Attorney's Office, Financial Litigation Program, 405 West Congress Street, Suite 4900, Tucson, Arizona 85701-5041, so the Government will know you want the proceeding to be transferred.

If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court.  The clerk is not permitted to give legal advice, but can refer you to other sources of information.

DATED: _____.

DEBRA D. LUCAS
Clerk, U.S. District Court
District of Arizona

By _____
     Deputy Clerk

ISSUED ON  10:32 am, Feb 22, 2023

s/ Debra D. Lucas, Clerk

# ATTACHMENT A

## NOTICE TO DEFENDANT DEBTOR ON HOW TO CLAIM EXEMPTIONS (CRIMINAL)

The law provides that certain property cannot be taken. Such property is said to be exempted. Pursuant to 18 U.S.C. § 3613(a)(1), your right to exemptions is set forth in Section 6334 of the United States Code (26 U.S.C. § 6334).

To claim an exemption, you must file a Claim for Exemption with the court. You have a right to a hearing within five business days, or as soon as practicable, from the date you file your claim with the court.

On the day of the hearing, you should come to court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case. If you do not come to court at the designated time and prove that your property is exempt, you may lose some of your rights. It may be helpful to you to seek the advice of an attorney in this matter.

# **MAJOR EXEMPTIONS UNDER FEDERAL LAW**

I claim that the exemption(s) from garnishment which are checked below apply in this case.

_____   1.   Wearing apparel and school books.  26 U.S.C. § 6334(a)(1).

_____   2.   Fuel, provisions, furniture, and personal effects pursuant to 26 U.S.C. § 6334(a)(2).

_____   3.   Books and tools of a trade, business, or profession pursuant to 26 U.S.C. § 6334(a)(3).

_____   4.   Unemployment benefits. 26 U.S.C. § 6334(a)(4).

_____   5.   Undelivered mail. 26 U.S.C. § 6334(a)(5).

_____   6.   Certain annuity and pension payments. 26 U.S.C. § 6334(a)(6).

_____   7.   Workmen's compensation. 26 U.S.C. § 6334(a)(7).

_____   8.   Judgments for support of minor children. 26 U.S.C. § 6334(a)(8).

_____   9.   Certain service-connected disability payments. 26 U.S.C. § 6334(a)(10).

_____   10.  Assistance under Job Training Partnership Act. 26 U.S.C. § 6334(a)(12).

The statements made in this claim to exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct. I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

(_____)
    Address

Or telephonically at (_____)
                         Phone number


_____        _____
Debtor's printed or typed name                  Signature of Debtor


_____
Date