| | |
|---|---|
| 1 | GARY M. RESTAINO |
| 2 | United States Attorney<br>District of Arizona |
| 3 | VINCENT M. CRETA<br>Assistant U.S. Attorney |
| 4 | Arizona State Bar No. 019044<br>Financial Litigation Program |
| 5 | 40 N. Central Avenue, Suite 1800<br>Phoenix, Arizona 85004-4408 |
| 6 | Telephone: (602) 514-7500<br>Vincent.Creta@usdoj.gov |
| 7 | Attorney for Plaintiff |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 21-00977-002-PHX-GMS |
| Plaintiff, | |
| v. | NOTICE OF SERVICE OF DOCUMENTS ON JUDGMENT DEBTOR |
| Toni Louise Richardson, | |
| Defendant, | |
| JPMorgan Chase Bank, NA, | |
| Garnishee. | |

Pursuant to Rule 5, Fed.R.Civ.P., and 28 U.S.C. § 3004, Judgment Creditor United States of America hereby certifies that a copy of the Writ of Garnishment, along with the initial Clerk's Notice to Judgment Debtor and instructions were sent to Judgment Debtor by certified mail and by first-class mail on February 24, 2023, to the last known address of Judgment Debtor, and that service was made upon Garnishee along with instructions with regard to answering.

DATED: February 24, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Vincent M. Creta*
VINCENT M. CRETA
Assistant United States Attorney