GARY M. RESTAINO
United States Attorney
District of Arizona
VINCENT M. CRETA
Assistant U.S. Attorney
Arizona State Bar No. 019044
Financial Litigation Program
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Vincent.Creta@usdoj.gov
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 21-00977-002-PHX-GMS |
| Plaintiff, | |
| v. | **ANSWER OF GARNISHEE** (Non-Earnings – Continuing Lien) |
| Toni Louise Richardson, | |
| Defendant, | |
| Nationwide Retirement Solutions, | |
| Garnishee. | |

1) I am the above-named Garnishee or am authorized by Garnishee to make this affidavit on Garnishee's behalf regarding the Writ of Garnishment served on Garnishee on __27FEB2023__.

2) The following property is within Garnishee's custody, control or possession: Retirement plan assets in 457(b) and 401(a) accounts with City of Phoenix and Phoenix PD.

3) The value of the property described above is  $72,718.80 as of market close 06MAR2023*

4) The debtor's property is subject to other garnishments as follows: No other garnishments noted.

5) In the future Garnishee anticipates being indebted to the debtor as follows.
 *City of Phoenix 457(b)  : $34,785.03
 City of Phoenix 401(a)   : $9,669.18
 PSPDCRP Phoenix PD 401(a) : $28,264.59

Balance does not include assets in 501(c)(9) post-employment health plan accounts.

6) Copies of this Answer and non-exempt earnings statement were delivered on this date __07MAR2023__ to Debtor by:

_____ hand delivery;

__X__ regular first class mail to the address determined to be best calculated to reach said parties in a timely manner;

_____ service pursuant to the Rules of Civil Procedure applicable to a Summons;

and to the **U.S. Attorney's Office**, Financial Litigation Program, 405 W. Congress Street, #4900, Tucson, Arizona 85701-5041, by:

_____ hand delivery;

__X__ regular first class mail to the address determined to be best calculated to reach said parties in a timely manner;

_____ service pursuant to the Rules of Civil Procedure applicable to a Summons;

7) Garnishee's name, address and telephone number:

**Nationwide Retirement Solutions**
**PO Box 182797**
**Columbus, OH 43218**
**800.891.4749**

8) I have read the foregoing document and know of my own knowledge that the facts stated therein are true and correct.

9) Garnishee requests that Garnishee be discharged on this Answer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __07MAR2023__

*Gregory C. Henderson*                    **Gregory C. Henderson**
Signature                                  Printed Name

**800.891.4749**
Phone number