USAO-TUC-FLU 03/07/23 PM04:09



Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

UNITED STATES ATTORNEYS OFFICE
405 WEST CONGRESS STREET SUITE 4900
TUCSON, AZ 857015041

**RE: SEALED v. TONI L RICHARDSON, TONI L RICHARDSON, TONI L RICHARDSON, TONI L RICHARDSON, TONI L RICHARDSON, TLR HOUSING PHOENIX LLC Case No.: CR2100977002PHXGMS, UNITED STATES DISTRICT COURT**

JPMorgan Chase Bank, N.A. is in receipt of your Garnishment against the following debtor(s): TONI L RICHARDSON, TONI L RICHARDSON, TONI L RICHARDSON, TONI L RICHARDSON, TONI L RICHARDSON, TLR HOUSING PHOENIX LLC

Accounts which are held:

| Account Number | Amount of Hold | Present Balance |
| --- | --- | --- |
| 8653 | Blocked | 24757.00^ |
| 1803 | Blocked | 17021.00^ |
| 6567 | Blocked | 22186.96^ |
| 4694 | 1014325.00 | 17638.15 |
| 0803 | 1014325.00 | 12144.07 |
| 5521 | 1014325.00 | 229.47 |

^ Securities Account, value is subject to market fluctuations, early withdrawal penalties, and required tax withholding.

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including but not limited to: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

If judgment debtor is an employee of the bank, an additional answer will be provided.

**Answers**

| | |
| --- | --- |
| Does the Garnishee have custody, control or possession of such property? | Yes |
| Provide a description of such property and the value of such interest: | 8653 - BROKERAGE - $24757.00  1803 - Self-Directed-Ret - $17021.00  6567 - Self-Directed-Ret - $22186.96  4694 - Premier Plus Ckg - $17638.15  0803 - Premier Plus Ckg - $12144.07  5521 - Business Complete Banking - $229.47 |
| List description of any previous garnishments to which such | Not Applicable |

JPMorgan Chase & Co.
PO Box 183164
Columbus OH 43218-3164

UNITED STATES ATTORNEYS OFFICE
405 WEST CONGRESS STREET SUITE 4900
TUCSON, AZ 857015041